```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

JESSICA NOLAN and TIM NOLAN,  )
                              )
          Plaintiffs,         )           8:09CV72
                              )
     v.                       )
                              )
MENTOR CORPORATION,           )           ORDER
                              )
          Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to stay pending a ruling on transfer by the Judicial Panel on Multidistrict Litigation (Filing No. 11). The Court notes the motion is unopposed. Accordingly,

IT IS ORDERED that defendant's motion is granted; this action is stayed. The parties shall file a status report on or before August 3, 2009, as to the transfer of this matter to Multidistrict Litigation.

DATED this 26th day of March, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court